## **GUARANTY OF VALIDITY**

As a part of the Loan and Security Agreement between **Crossroads Financing, LLC, a Connecticut limited liability company** ("Lender"), and Home Décor Liquidators, LLC a Georgia limited liability company ("Borrower"), the undersigned, Jason Prescott ("Guarantor") hereby covenants and guarantees to you as follows:

1. That I have reviewed and, so long as I am the Vice President of Sales of the Borrower, will in the future be reviewing all Borrowing Base Certificates and ancillary supporting documents, as well as all financial statements which are being provided to you by the Borrower pursuant to the terms of the Loan Agreement (collectively the "Reports" and individually a "Report").

2. Based upon my knowledge, the Reports and any other financial information included or incorporated by reference in each Report, fairly present in all material respects the financial condition, results of operations and cash flows of the Borrower as of, and for, the periods presented in the Reports.

3. By the Borrower submitting any Reports to you in the future that are reviewed by me, I reaffirm my statements herein for all such Reports.

4. I understand that you will be relying on this Guaranty of Validity and the statements contained herein and reaffirmed as provided above in making loans and advances to the Borrower.

Any capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Loan Agreement.

DATED: This 16 day of ~~September~~ October 2019.

_____
Signature

_____
Jason Prescott

STATE OF   Georgia  )

COUNTY OF Fulton County  )

The foregoing instrument was acknowledged before me this 10 day of October, 2019 by Jason Prescott. He/She is personally known to me or produced _____ as identification and did take an oath. He is a signer of the foregoing Guaranty of Validity and did acknowledge to me that he executed the same freely and voluntarily.

_____
Notary Public

My Commission Expires: _____

Arnita S McGee
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Commission Expires 04/26/2023

2