# Home Décor Liquidators, LLC
## Availability Certificate

| | | |
|---|---|---|
| Today's Date: 11/9/2020 | Last Report Date: 11/1/2020 | For Period Ending: 11/8/2020 |

### INVENTORY INFORMATION:

| # | Category | Beginning Inventory - Prior Borrowing Base | Actual Inventory This Period Ending | Changes from Last Report | Ineligible % |
|---|---|---|---|---|---|
| 1 | Art | $1,033 | $1,033 | $- | 0.00% |
| 2 | Bed | $658,108 | $629,119 | $(28,989) | 0.00% |
| 3 | Case Goods | $228,234 | $276,449 | $48,215 | 0.00% |
| 4 | Cocktails | $34,445 | $32,799 | $(1,646) | 0.00% |
| 5 | Dining | $64,175 | $73,890 | $9,715 | 0.00% |
| 6 | Greenery Silk Plants | $3,220 | $3,220 | $- | 0.00% |
| 7 | Lighting | $7,886 | $7,907 | $21 | 0.00% |
| 8 | Misc | $9,029 | $9,029 | $- | 0.00% |
| 9 | Rugs | $69,449 | $68,670 | $(779) | 0.00% |
| 10 | Tile | $2,674 | $2,674 | $- | 0.00% |
| 11 | Upholstery | $365,278 | $399,009 | $33,731 | 0.00% |
| 12 | In-Transit paid by Crossroads | $111,955 | $111,955 | $- | 0.00% |
| 13 | In-Transit | $2,585,973 | $2,707,708 | $121,735 | 100.00% |
| 14 | Ineligibles - Damaged/Excess | $78,835 | $78,763 | $(72) | 100.00% |
| | Total Beginning Inventory | $4,220,294 | | | |
| | Total Ending Inventory | | $4,402,224 | | |
| | Total Changes from Last Report | | | $181,930 | |
| | Less Ineligibles | | | | $190,718 |
| | **TOTAL ELIGIBLE INVENTORY** | | | | **$4,211,506** |

### INVENTORY LOAN FACILITY:

| | A/R | A/P |
|---|---|---|
| a. Total Accounts Receivable/Payable | $98,754 | $1,147,839 |
| b. Over 90 days (AR/AP) | | $171,929 |
| c. A/R or A/P Days | | |
| d. Total eligible AR | | |
| Advance Rate on AR | 0% | $0 |
| Min. Liq. Costs | $1,260,736 | |
| Liq. Costs % | 54.3% | |
| Maximum Credit Facility | $2,000,000 | |
| Temporary Line Increase | $2,500,000 | |

| | Cost of Eligible Inventory | % | Per Appraisal Gross Recovery % | Gross Recovery $ | Cost of Liquidation | Per Appraisal NOLV | Inventory Limit 85% of NOLV | 75% of Cost | Lesser Of % of Cost, or % of NOLV |
|---|---|---|---|---|---|---|---|---|---|
| Art | $1,033 | 0% | 152.1% | $1,571 | $561 | $1,010 | $858.39 | $774 | $774 |
| Bed | $629,119 | 15% | 139.9% | $880,138 | $341,612 | $538,526 | $457,747.08 | $471,839 | $457,747 |
| Case Goods | $276,449 | 7% | 131.5% | $363,530 | $150,112 | $213,419 | $181,405.86 | $207,337 | $181,406 |
| Cocktails | $32,799 | 1% | 91.0% | $29,847 | $17,810 | $12,037 | $10,231.64 | $24,599 | $10,232 |
| Dining | $73,890 | 2% | 99.6% | $73,595 | $40,122 | $33,472 | $28,451.38 | $55,418 | $28,451 |
| Greenery Silk Plants | $3,220 | 0% | 49.4% | $1,591 | $1,748 | -$158 | -$134.11 | $2,415 | -$134 |
| Lighting | $7,907 | 0% | 87.7% | $6,935 | $4,294 | $2,641 | $2,244.82 | $5,930 | $2,245 |
| Misc | $9,029 | 0% | 74.9% | $6,763 | $4,903 | $1,860 | $1,580.94 | $6,772 | $1,581 |
| Rugs | $68,670 | 2% | 78.0% | $53,563 | $37,288 | $16,275 | $13,833.65 | $51,503 | $13,834 |
| Tile | $2,674 | 0% | 29.7% | $794 | $1,452 | -$658 | -$559.07 | $2,005 | -$559 |
| Upholstery | $399,009 | 9% | 129.9% | $518,312 | $216,662 | $301,651 | $256,403.07 | $299,257 | $256,403 |
| In-Transit paid by Crossroads | $0 | 0% | 133.6% | $0 | $0 | $0 | $0.00 | $0 | $0 |
| In-Transit | $2,707,708 | 64% | 128.5% | $3,479,404 | $1,470,285 | $2,009,119 | $1,707,751.25 | $2,030,781 | $1,707,751 |
| Ineligibles - Damaged/Excess | $0 | 0% | 0.0% | $0 | $0 | $0 | $0.00 | $0 | $0 |
| **Total** | **$4,211,506** | **100%** | | **$5,416,042** | **$2,286,848** | **$3,129,194** | **$2,659,815** | **$3,158,630** | **$2,659,731** |

| | |
|---|---|
| Customer Deposit Reserve (50%) | $9,140 |
| Total Available to Borrower | $2,500,000 |
| | 59.36% |
| Less Outstanding Loan Balance | $2,500,000 |
| Total Available | $0 |

### SUPPLEMENTAL INFORMATION

| | |
|---|---|
| Total Sales Since Last Borrowing Base | $257,118 |
| Factored Sales Since Last Borrowing Base | |
| Factor Advances Since Last Borrowing Base | $- |

As additional back-up, please include sales register since last borrowing base with invoice numbers, dates, amounts & indicate which invoices were factored. Please also include receiving documents for new inventory received since last borrowing base.

Each of the undersigned jointly and severally warrant and covenant that: (a) the information contained herein is true and correct; (b) he or she has no knowledge of any fraud or suspected fraud affecting Borrower; and (c) he or she will indemnify Lender from any losses, direct, indirect or consequential, which result from a breach of the foregoing statements or any misstatement, fraud or criminal act on the part of any officer, employee or agent of the Borrower, including reasonable attorney's fees and expenses.

| Name | Name | Name |
|---|---|---|
| Title | Title: VP of Sales | Title: Purchasing (McCall) |