**CROSSROADS FINANCIAL GROUP, LLC**
6001 Broken Sound Parkway NW, Suite 620
Boca Raton, Florida 33487

February 3, 2022

VIA OVERNIGHT MAIL

1014 Tullamore Pl
Alpharetta, GA 30022
Attn: Christopher Ivan Prescott

Re: Notice of Default and Demand for Payment

Ladies and Gentlemen:

Reference is made to the Guaranty Agreement dated as of October 16, 2019 (as amended or modified from time to time, the "Guaranty"), made by Christopher Ivan Prescott ("Guarantor") in favor of Crossroads Financial Group, LLC (as successor by assignment from Crossroads Financing, LLC and hereinafter referred to as "Lender"). Reference is further made to the Loan and Security Agreement dated as of October 16, 2019 (as amended or modified from time to time, the "Loan Agreement"), by and between Home Décor Liquidators, LLC ("Borrower") and Lender. Capitalized terms used and not otherwise defined herein shall have the meaning given to them in the Guaranty.

Pursuant to the Guaranty, you agreed to be liable for the due and punctual payment of the obligations owing from Borrower to Lender (the "Guarantied Obligations"). As you are aware, one or more Events of Default (collectively, the "Specified Default") have occurred and are continuing under the Loan Agreement.

As a result of the occurrence and continuance of the Specified Default, Lender hereby ***demands*** that Guarantor immediately pay to Lender the Guarantied Obligations owing by Guarantor to Lender. As of the date hereof, the aggregate principal amount of the Guarantied Obligations owing by Guarantor to Lender is not less than $1,663,423.60 plus all accrued but unpaid interest, fees, costs and expenses.

In the event Lender does not receive repayment in full of the Guarantied Obligations within five (5) business days of this letter, Lender may have no choice but to exercise one or more rights or remedies available to it under the Guaranty, applicable law or otherwise as a result of the occurrence of the Specified Default, including, without limitation, the right of Lender to commence legal proceedings.

Lender hereby specifically reserves all of the rights and remedies available to Lender under the Guaranty, applicable law or otherwise as a result of the occurrence of the Specified Default. Any delay by Lender in pursuing any of its rights or remedies as a result of the occurrence of the Specified Default or any other Event of Default should not be deemed a waiver thereof or of any of such rights or

6699540.2

remedies, all of which shall remain in full force and effect and shall not be deemed to be waived, impaired, estopped, diminished or prejudiced in any manner.

The sending of this notice shall not be construed to limit Lender's right to act without any other or further notice to Guarantor in accordance with the terms of the Guarantor and applicable law. Guarantor is not entitled to rely upon any verbal statements made or reported to be made by Lender or on its behalf in connection with any alleged agreement by Lender to refrain from exercising any of its rights or remedies under the Guaranty or applicable law.

Very truly yours,

CROSSROADS FINANCIAL GROUP, LLC

By: */s/ Patricia Sherry*
Name: Patricia Sherry
Title: Director of Underwriting and Portfolio

6699540.2



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.